# IN THE SUPREME COURT OF ALABAMA



June 20, 2025

SC-2025-0100

Ex parte Point Clear Capital Partners, L.P.; Point Clear Capital Management, LLC; Point Clear Capital Advisors, LLC; and Darryl Seelhorst PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Hunter Clay Bice and Shannon Lee Bice v. Darryl Seelhorst, Oakpoint Fund Services LLC, Kaplan & Company, Point Clear Capital Partners, LP et al.) (Bibb Circuit Court: CV-24-900092).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

MENDHEIM, J. -- Stewart, C.J., and Shaw, Wise, Sellers, Cook, McCool, and Lewis, JJ.

**Witness my hand on June 20, 2025.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**